IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                           **PLAINTIFF**

v.                               **CASE NO. 4:18CR00466-01 BSM**

**ERIC BALDWIN**                                                                           **DEFENDANT**

## ORDER

Defendant Eric Baldwin's unopposed motion to continue his May 20, 2019, trial [Doc. No. 314] is granted.

The continuance is warranted and the failure to grant it would deny Baldwin the time reasonably necessary to effectively prepare for trial, taking into account the exercise of due diligence. Further, because the continuance is given upon the motion of Baldwin, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to Monday, January 27, 2020, at 9:30 a.m. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

Co-defendants 2 through 12; 14 through 23; and 25 through 30 have not been severed. Therefore, the trial of co-defendants will also be continued, and the period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(6).

IT IS SO ORDERED this 7th day of May 2019.

_____
UNITED STATES DISTRICT JUDGE