FID# 10602940

AO 442 (Rev. 01/09) Arrest Warrant (ARED rev. 7/6/2021)

USMS # 32475-009

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

RECEIVED
APR 4 2025
USMS E/AR

United States of America

v.

April Treat

*Defendant*

Case No. 4:18CR00466-28 BSM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 06 2025
TAMMY H. DOWNS, CLERK
By: K. Moore
DEP CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **April Treat,**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:

**Violations of conditions of release,** as further explained in the attached documents.

Date: April 4, 2025

*Issuing officer's signature*

City and state: Little Rock, Arkansas

TAMMY H. DOWNS, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 4/4/2025, and the person was arrested on *(date)* 4/29/2025
at *(city and state)* Little Rock, AR

Date: 4/30/2025

*Arresting officer's signature*

PRENTISS A. CASTLE III - DUSM
*Printed name and title*